**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:                                                    Chapter 13

Angela M Boston aka Angela Rice                           No.   12-30164

         Debtor                                           Hon.  Deborah L. Thorne

### NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

    PLEASE TAKE NOTICE that on April 4, 2016, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

                    _____/s/ Ross Brand_____

**Certificate of Service**

    The undersigned certifies that she served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Rigoberto Garcia and Michael K Desmond on April 4, 2016.

                    _____/s/ Ross Brand_____

Ross Brand - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201-6769

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

## SERVICE LIST

Angela M Boston aka Angela Rice
10024 S. Prairie Ave.
Chicago, IL 60628

Michael K. Desmond
Figliulo & Silverman P C
10 S LaSalle Suite 3600
Chicago, IL 60603

Rigoberto Garcia
The Semrad Law Firm, LLC
20 S. Clark, 28th Floor
Chicago, IL 60603